DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

KEVIN G. THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D21-893

———————————————

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Rochelle T. Curley, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.